AP-77,047
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/16/2015 11:53:02 AM
Accepted 7/16/2015 11:57:19 AM
ABEL ACOSTA
CLERK

**NO. AP-77,047**

**IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS**

**KENNETH WAYNE THOMAS,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee**

**STATE'S FIRST MOTION TO EXTEND THE TIME TO FILE BRIEF**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing its brief in this cause be extended. In support of this motion, the State would show the following:

**I.**

Appellant is confined pursuant to the judgment and sentence of the 194th Judicial District Court of Dallas County, convicting him of the capital murder of Mildred Finch. On July 23, 2014, the jury answered the special issues so as to support the imposition of a death sentence, and the trial court sentenced him to

1

death.   Appeal to this Court is automatic.   After requesting three extensions, Appellant's brief was filed on June 22, 2015.   The deadline for filing the State's brief is July 22, 2015.  The State has requested no previous extensions in this case.

## II.

The State respectfully requests that the Court extend the deadline for the filing of the State's brief for **120 days**, until **November 19, 2015**.

## III.

The State would show the Court that a reasonable explanation exists for the requested 120-day extension.    The undersigned counsel manages an extensive capital and non-capital docket.   Since the reporter's record was filed in this case, the undersigned has been responsible for the following:

- Preparing, researching, and drafting the State's brief in a death penalty case, *Matthew Lee Johnson v. State of Texas* (filed December 29, 2014);

- Preparing, researching, and presenting oral argument in the Court of Criminal Appeals in a death penalty case, *Matthew Lee Johnson v. The State of Texas* (March 18, 2015);

- Preparing and filing the State's Proposed Findings of Fact and Conclusions of Law in *Ex parte James Berkeley Harbin*;

- Preparing and filing the State's Objections to the Trial Court's

Findings of Fact and Conclusions of Law in *Ex parte James Berkeley Harbin*;

- Preparing and filing the State's Motion for Rehearing in *Ex parte James Berkeley Harbin;*

- Preparing and appearing to present evidence in *Ex parte Anthony Eugene Johnson*;

- Preparing and filing the State's Proposed Findings of Fact and Conclusions of Law in *Ex parte Anthony Eugene Johnson*;

- Preparing and filing the State's Objections to the Trial Court's Findings of Fact and Conclusions of Law in *Ex parte Anthony Eugene Johnson*;

- Extensive investigation and research into case in connection with potential post-conviction litigation;

- Preparing and appearing for multiple hearings in connection with Appellant Kenneth Thomas's initial application for writ of habeas corpus;

- Researching and preparing to assist in presentation of workshop at an Actual Innocence seminar;

- Drafting and filing the State's response to numerous non-capital applications for writs of habeas corpus; and,

- Drafting and filing the State's Proposed Findings of Fact and Conclusions of Law in connection with multiple non-capital applications for writs of habeas corpus.

Since Appellant's brief was filed, the undersigned has been responsible for the following:

- Preparing the State's trial file for open file review in a death penalty case, *Ex parte Matthew Lee Johnson* (on-going);

- Preparing to present a workshop at the upcoming Crimes Against Children Conference;

- Preparing and appearing to present evidence in *Ex parte Octavio Gonzalez*;

- Preparing and filing the State's response to seven non-capital applications for writs of habeas corpus; and,

- Preparing and filing the State's Proposed Findings of Fact and Conclusions of Law in connection with 3 non-capital applications for writs of habeas corpus.

The undersigned was also out of the office for several days following the death of a close family member on June 19, 2015.

In the upcoming months, the undersigned is responsible for the following:

- Preparing and filing the State's brief in a capital case wherein the State did not seek the death penalty, *William Gerard Palmer v. The State of Texas*;

- Preparing and appearing to present evidence in connection with the following non-capital applications for writs of habeas corpus:

  - *Ex parte Adolfo Maturino*;

  - *Ex parte Daniel Perez* (two dates);

  - *Ex parte Kevin Stern*;

  - *Ex parte Jerrell Dittman*;

  - *Ex parte Carlos Norris*;

  - *Ex parte Candelario Holguin*; and,

  - *Ex parte Andrew Roark*;

- Preparing and filing the State's response to non-capital applications for writs of habeas corpus;

- Preparing and filing the State's Proposed Findings of Fact and Conclusions of Law in connection with non-capital applications for writs of habeas corpus; and,

- Drafting and filing the State's Response to application for writ of habeas corpus in a death penalty case, *Ex parte Matthew Lee Johnson*.

**IV.**

Appellant has filed a **160-page** brief presenting **67 issues** for review regarding the pre-trial phase (which included a competency trial) and the punishment phase. The reporter's record consists of 72 volumes. Appellant raises **36 issues** regarding the selecting and seating of the jury, therefore a review of the entire voir dire record is required in addition to review of the competency trial and trial on punishment.

**V.**

For all of the foregoing reasons, counsel respectfully requests that the Court extend the deadline for filing the State's brief until **November 19, 2015 (120 days)**.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the Court extend the deadline for filing the State's brief until **November 19, 2015 (120 days)**.

Respectfully submitted,

*[signature]*

**Susan Hawk**                                  **Christine Womble**
**Criminal District Attorney**          **Assistant District Attorney**
Dallas County                                    State Bar No. 24035991
                                                        Frank Crowley Courts Bldg
                                                        133 N. Riverfront Blvd., LB-19
                                                        Dallas, Texas 75207-4399
                                                        (214) 653-3625 *phone*
                                                        (214) 653-3643 *fax*
                                                        CWomble@dallascounty.org

### CERTIFICATE OF SERVICE

I certify that a true copy of this motion was served on John Tatum, counsel for Appellant, 990 South Sherman Street, Richardson, Texas, 75081, via email and e-service on July 16, 2015.

*[signature]*

Christine Womble